UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-14-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:14CR____ ( ) |
| v. | VIOLATIONS: |
| WELLINGTON BROWN<br>    also known as "Jamal," | 18 U.S.C. Section 1594(c) (Conspiracy to Commit Sex Trafficking of a Minor) |
| and | 18 U.S.C. Section 1591(a) and (b) (Sex Trafficking of a Minor) |
| SHEENA DUME<br>    also known as "Christina" | 18 U.S.C. Section 2 (Aiding and Abetting) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Conspiracy to Commit Sex Trafficking of a Minor)

1. At all times relevant to this Indictment, Minor Victim 1 ("MV-1"), Minor Victim 2 ("MV-2"), Minor Victim 3 ("MV-3"), Minor Victim 4 ("MV-4"), and Minor Victim 5 ("MV-5") (collectively "the minor victims"), all of whom are known to the Grand Jury, were each under the age of 18 years.

2. During the course of the offenses described in this Indictment, the defendants WELLINGTON BROWN ("BROWN"), also known as "Jamal," and SHEENA DUME ("DUME"), also known as "Christina," each had a reasonable opportunity to observe each of the minor victims.

3. From in or about June 2013 and continuing through in or about February 2014, in the District of Connecticut, defendants BROWN and DUME, in and affecting interstate

commerce, knowingly conspired with each other and with persons known and unknown to the Grand Jury, to recruit, entice, harbor, transport, provide, obtain, and maintain by any means the minor victims, knowing and in reckless disregard of the fact that the minor victims had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c).

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO
(Sex Trafficking of a Minor)

4. The allegations contained in Paragraphs 1 and 2 are incorporated herein.

5. From in or about June 2013 and continuing through in or about February 2014, in the District of Connecticut, defendants BROWN and DUME, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means MV-1, and aided and abetted others to do the same, knowing and in reckless disregard of the fact that MV-1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c); and 2.

## COUNT THREE
(Sex Trafficking of a Minor)

6. The allegations contained in Paragraphs 1 and 2 are incorporated herein.

7. From in or about June 2013 and continuing through in or about February 2014, in the District of Connecticut, defendants BROWN and DUME, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means MV-2, and aided and abetted others to do the same, knowing and in reckless disregard of

the fact that MV-2 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c); and 2.

## COUNT FOUR
(Sex Trafficking of a Minor)

8.  The allegations contained in Paragraphs 1 and 2 are incorporated herein.

9.  From in or about June 2013 and continuing through in or about July 2013, in the District of Connecticut, defendants BROWN and DUME, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means MV-3, and aided and abetted others to do the same, knowing and in reckless disregard of the fact that MV-3 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c); and 2.

## COUNT FIVE
(Sex Trafficking of a Minor)

10. The allegations contained in Paragraphs 1 and 2 are incorporated herein.

11. In or about June 2013, in the District of Connecticut, defendants BROWN and DUME, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means MV-4, and aided and abetted others to do the same, knowing and in reckless disregard of the fact that MV-4 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c); and 2.

## COUNT SIX
(Sex Trafficking of a Minor)

12. The allegations contained in Paragraphs 1 and 2 are incorporated herein.

13. In or about July 2013, in the District of Connecticut, defendants BROWN and DUME, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means MV-5, and aided and abetted others to do the same, knowing and in reckless disregard of the fact that MV-5 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c); and 2.

A TRUE BILL

/s/
--------------------------
FOREPERSON

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY

_____
MARC H. SILVERMAN
ASSISTANT UNITED STATES ATTORNEY

4