DARNELL D. CROSLAND, ESQ.
*Attorney at Law*
Eleven-Fifty Summer Street, First Floor
Stamford, Connecticut 06905
(203) 921-1782
(203) 978-0438 fax
darnell@crosland.com

### IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **MOTION AND CONSENT OF SPONSORING LOCAL COUNSEL FOR PRO HAC ADMISSION OF DEVERAUX L. CANNICK** |
| vs. | ) | |
| **SHEENA DUME** | ) | |

Case No. 14-cr-00160 (JBA)-2
The Honorable Janet Bond Arterton

Pursuant to Rule 83.1 of the Connecticut District Court, Darnell D. Crosland, Esq. moves the Court for an order admitting Deveraux L. Cannick, Esq. pro hac vice to act as counsel in the above-captioned matter on the following basis: Defendant has retained the services of Deveraux L. Cannick, Esq. who is neither licensed to practice law in the State of Connecticut nor a resident of Connecticut. Deveraux L. Cannick, Esq. is admitted to practice in the State of New York where he is an attorney in good standing.

Darnell D. Crosland, Esq. hereby agrees to serve as designated local counsel for the subject case. He agrees to comply with all applicable provisions of the United States District Court of Connecticut's Rules of Criminal Procedure and to readily communicate with opposing

counsel and the Court regarding the conduct of this case. He also agrees to accept papers when served as well as recognizes the responsibility to act for an on behalf of the client in all case related proceedings, including hearings, pretrial conferences and trials should Deveraux L. Cannick fail to respond to any court order.

An affidavit of Deveraux L. Cannick accompanies this motion.

Dated: Stanford, Connecticut
August 18, 2015

Respectfully submitted,

By: _____
DARNELL D. CROSLAND, ESQ.
*Attorney at Law*
Eleven-Fifty Summer Street, 1st Floor
Stamford, Connecticut 06905
(203) 921-1782
(203) 978-0438 fax
darnell@crosland.com

---

TO: US Attorney's Office
New Haven Office
Connecticut Financial Center
157 Church Street
Floor 25
New Haven, CT 06510
(203) 821-3700
Fax: (203) 773- 5376

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

                            Plaintiff,

                                                                                 **AFFIDAVIT**
vs.                                                                         14-cr-00160 (JBA)-2

SHEENA DUME,

                            Defendant.

**DEVERAUX L. CANNICK**, an attorney duly licenses to practice law in the State of New York being duly sworn deposes and says that:

1. I am a partner of the law firm of Aiello & Cannick, located at 69-06 Grand Avenue, Maspeth, New York 11378, telephone number (718) 426-0444, fax number (718) 803-9764 and email address dcannick@aiellocannick.com.

2. I am admitted to practice in the State of New York and am an attorney in good standing. I am admitted into the following:

- New York State (1985)

- U.S. District Court Eastern District of New York

- U.S. District Court Southern District of New York

- U.S. District Court Northern District of New York

- U.S. District Court Western District of New York

- U.S. Court of Appeals, 2nd Circuit

- U.S. Court of Appeals, 4th Circuit

- U.S. Supreme Court

3. I have not been denied admission or disciplined by the Connecticut District Court or any other Court, whether by way of disbarment, suspension from practice, censure or otherwise, nor have I ever previously resigned from the Bar of any Court.

4. I have fully reviewed and am familiar with the rules of the Connecticut District Court.

Dated: Queens, New York
August 18, 2015

Yours, etc.

AIELLO & CANNICK
69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444
(718) 803-9764 fax
dcannick@aiellocannick.com

By: _____
Deveraux L. Cannick
Bar No. DLC1509

Sworn to before me this
18th, day of August, 2015

_____
Notary Public

MAUREEN C. WEPPLER
Notary Public, State of New York
No. 01WE5038408
Qualified in Queens County
Commission Expires January 23, 2007