# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello  
Deveraux L. Cannick  
———  
Jennifer Arditi

*69-06 Grand Avenue*  
*Maspeth, New York 11378*  
*(718) 426-0444, Fax (718) 803-9764*  
*Email: info@aiellocannick.com*

**NEW YORK OFFICE**  
(By Appointment Only)  
(212) 233-3335

February 22, 2016

**VIA ECF FILING**  
Honorable Janet B. Arterton  
United States District Court  
Richard C. Lee U. S. Courthouse  
141 Church Street  
New Haven, CT 06510

      Re:    **United States v. Sheena Dume**  
               **3:14cr160(JBA)**

Dear Judge Arterton:

      As Your Honor knows, our firm, along with Darnell Crosland, was retained by Sheena Dume represent her in the instant matter. She has been detained throughout the pendency of her case. As a result, she does not have an income nor any funds. It was her parents who actually retained our services on her behalf. However, they have not been able to pay more than a down payment (1/5 of the full retainer amount). Given the nature of Sheena's charges, it is our view that a psycho-sexual evaluation would be a great aid to the Court in fashioning the appropriate sentence.

      Therefore, we respectfully request that the Court grants Sheena Dume permission to engage the services of a psychiatrist or psychologist pursuant to the Criminal Justice Act. It is our experience that such services generally require ten to twenty hours at a rate of $200.00 per hour. Please know that our application in no way suggests an issue regarding Ms. Dume's competency. That is not at all an issue. She pled guilty and accepted responsibility for her conduct. Her guilty plea was knowingly, intelligently and voluntarily made.

Assuming our application is granted, we respectfully request that Ms. Dume's sentence be adjourned to the middle of May of 2016. Please know that the Government has no position and the Probation Department's position is that a psych evaluation is not necessary in this case.

Thank you for your consideration.

Very truly yours,

Deveraux L. Cannick

DLC/mw