# EXHIBITS A1 – A3



# STATE OF CONNECTICUT
## DEPARTMENT OF EDUCATION



Dear High School Graduate:

**Congratulations!** You have passed the GED® Tests and qualified to receive the enclosed Connecticut State High School Diploma[1]. **Please save this diploma carefully because duplicates are not issued.** Whatever your reason for taking the GED Tests, you now have the opportunity to pursue your next goal, whether it is college, technical training, a better job or the military. The diploma earned by passing the GED Tests is accepted by over 95 percent of companies, colleges and universities. Many resources are available to assist you in taking the next step of your new journey.

**Further Education and Training - College is Possible**
In a speech to Congress[2], President Obama said:

> *"I ask every American to commit to at least one year or more of higher education or career training. This can be community college or a four-year school, vocational training or an apprenticeship. But whatever the training may be, every American will need to get more than a high school diploma."*

I reaffirm his message and urge you to visit http://www.ctdhe.org/sp.htm for information about postsecondary education/training programs and financial aid resources in Connecticut. You may also access http://www.CollegeIsPossible.org for national information.

**Services to Job Seekers**
At Connecticut's Job Bank (visit http://www.jobcentral.org/ct/), you can search a comprehensive listing of jobs in a wide variety of industries and post your resume online to make it available to leading U.S. employers. You may also contact the U.S. Department of Labor at http://www.doleta.gov/jobseekers/ or call 1-877-US-2JOBS.

**Transcript Information**
Your scores are listed on the transcript that accompanies this letter. Your standard scores are used to determine the passing score. The percentile scores indicate your national ranking among other students who have taken the GED Tests. If you need an official transcript for employment or post-secondary education, please call the Connecticut GED Office at 860-807-2110 for information on how to request a transcript (or) complete and submit the transcript request form that can be downloaded at http://www.ct.gov/sde (search for "GED transcript").

I wish you the very best in your future.

Sincerely,

*Ajit Gopalakrishnan*

Ajit Gopalakrishnan, GED Administrator
Connecticut State Department of Education

Enclosures: (2)

---

[1] Please note that Connecticut General Statute, Section 10-5, does not allow a State High School Diploma to be issued until the individual turns 17 years of age.

[2] Source: http://www.whitehouse.gov/the_press_office/remarks-of-president-barack-obama-address-to-joint-session-of-congress/



*25 Industrial Park Road    Middletown, Connecticut 06457*
*An Equal Opportunity Employer*




# STATE OF CONNECTICUT

DEPARTMENT OF EDUCATION

GENERAL EDUCATIONAL DEVELOPMENT

## OFFICIAL TRANSCRIPT OF GED TEST RESULTS

This certifies that the following High School Level Examination results were achieved by:

Sheena J. Dume  
78 Oak Ridge Road  
Greenwich, Ct  06830

ID Number: DuSh10003  
Date of Birth: 10/16/1992

| TEST TYPE | SUBJECT | Standard Score | Percentile Rank |
|---|---|---|---|
| TESTS OF GENERAL EDUCATIONAL DEVELOPMENT GED® - ENGLISH*<br><br>A nationally standardized test used in Connecticut since March, 1967.  A passing score is 2250 (450 average) with no one test subject score below 410. | Language Arts - Writing | 540 | 66 |
| | Science | 450 | 31 |
| | Social Studies | 460 | 34 |
| | Language Arts - Reading | 430 | 24 |
| | Mathematics | 410 | 18 |
| | **Standard Score Total:** | **2290** | |
| | **Standard Score Average:** | **458** | |

* PREPARED BY THE GED® TESTING SERVICE OF THE AMERICAN COUNCIL ON EDUCATION

BASED ON THE ABOVE TEST SCORES, CONNECTICUT STATE HIGH SCHOOL DIPLOMA NUMBER 270455 WAS ISSUED ON 7/25/2012 TO THE ABOVE NAMED INDIVIDUAL.

GED ADMINISTRATOR, CT STATE DEPARTMENT OF EDUCATION

*Ajit Gopalakrishnan*

Ajit Gopalakrishnan

July 25, 2012  
Date

GEDTR(1003)

# State of Connecticut

## This Certifies That

### Sheena J. Dume

has satisfied all requirements pursuant to Connecticut General Statutes 10 - 5, as amended, and is therefore awarded this diploma in compliance with the rules and regulations of the State Board of Education.

## High School Diploma

No. 270455      Date July 25, 2012

_____
Secretary, State Board of Education