# EXHIBITS B1 – B2





# American Hotel & Lodging Educational Institute

Awards this certificate to

**Sheena Dume**

for having successfully completed the course

**START**
**Skills, Tasks and Results Training**

**With Honors**

**March 13, 2012**
Date

*Robert L. Steele III*
President & COO

_____
Instructor



999263787

09-03520
6

This voucher certifies that **Sheena Dume (#999263787)** _____ has successfully completed the American Hotel & Lodging Educational Institute's START (Skills, Tasks, and Results Training) Program and is eligible for one (1) entry-level certification upon current employment in the hospitality industry.

- ☒ Front Desk Representative - HSC FDR
- ☐ Maintenance Employee - HSC MNT
- ☐ Reservationist - HSC RES
- ☐ Banquet Set-Up Employee - HSC BSE
- ☐ Public Space Cleaner - HSC PSC
- ☐ Bell Attendant - HSC - BA
- ☐ Banquet Server - HSC BS
- ☐ Laundry Attendant - HSC LA
- ☐ PBX Operator - HSC PBX
- ☐ Restaurant Server - HSC RS
- ☐ Guestroom Attendant - HSC GA
- ☐ Bus Person - HSC BP

I certify that the above named person is currently employed and is eligible for the above checked certification.

**Hotel:** STAMFORD SUITES HOTEL
**Address:** 720 BEDFORD ST, STAMFORD, CT 06901
**Phone Number:** (203) 359-7300
**Department:** Front Desk
**Department Supervisor Signature/Date:** [signature] 8/22/12
**General Manager/Date:**

Send completed voucher to:
American Hotel & Lodging Educational Institute
Certification Department
800 N. Magnolia Ave., Suite 300
Orlando, FL 32803

**PERSONAL AND PROFESSIONAL DATA**
**Name:** Sheena Dume
**START Graduation Date:** June 25, 2012
**Home Mailing Address:** 78 Oak Ridge
**City/State or Province:** Greenwich, CT
**Postal Code/Country:** 06830
**Business Phone:** ( )
**Home Phone:** (203) 898-4525
**Business Fax:** ( )
**e-mail:** Sheena.Dume@yahoo

**SCHOOL DATA**
**Name of School:** Urban League of Stamford CT
**Instructor Name:** Darwin N. Davis Jr
**School Address:** 46 Atlantic Street
**City/State or Province:** Stamford CT
**Postal Code/Country:** 06901
**Phone:** (203) 327-5810 x 105





Your hospitality career STARTs here

11-04164
92083ADV02ENGE

# Sheena Dume

78 Oakridge ◆ Greenwich, CT  06830 ◆ (860) 778-2805 ◆ sheena.dume@yahoo.com

## OBJECTIVE

To expand my customer service knowledge and experience in guest relations, front desk and/or another customer-facing position in the hotel, hospitality or travel industry.

## PROFILE

Customer service professional with extensive guest relations experience. I am highly motivated, personable, and accustomed to handling customer needs or issues efficiently, accurately and with a smile. I learn quickly and apply my skills using initiative and the ability to comprehend and leverage instructions. I always maintain a positive attitude in varied circumstances, and use excellent communications and telephone etiquette.

## SKILLS SUMMARY

- Seasoned customer service professional
- Team-player
- Resolution management
- Knowledgeable of universal cash management procedures
- Data Entry

## EDUCATION

**American Hotel and Lodging Educational Institute**
Skills Task And Results Training (S.T.A.R.T.)                               April 2012
AH&L Certificate –                                                          April 2012

**Norwalk Community College** - registrant part-time coursework in pre-law   Fall 2012

**High School Diploma/GED** - Central High School, Bridgeport, CT           2011

## WORK EXPERIENCE

**CUSTOMER SERVICE/ CASHIER**                                               2011 - CURRENT
A&P FRESH MARKET, GREENWICH, CT
- Assist customers with product selection, purchase and check out
- Ensure positive shopping experience for customers
- Provide assistance to the front-end manager during store closing by counting cash receipts and register close outs
- Provide customers with updates on sales, coupons, discounts and upcoming promotions

# Sheena Dume

78 Oakridge ◆ Greenwich, CT 06830 ◆ (860) 778-2805 ◆ sheena.dume@yahoo.com

**Work Experience, continued**

**SALES ASSOCIATE**
MODELL'S, STAMFORD, CT          FALL /WINTER 2009- SEASONAL POSITION
- Acted as a point of contact for customers
- Performed cashiering duties
- Provided customers with updated information on products and services

**COUNSELOR**          AFTER- SCHOOL EMPLOYMENT, 2006 -2009
BOYS & GIRLS CLUB, STAMFORD, CT
- Facilitated youth group activities
- Tutored youth in academics subjects
- Mentored youth

**RECEPTIONIST**
BOYS & GIRLS CLUB, STAMFORD, CT
- Performed intake, filing and data entry of membership application and related forms
- Maintained membership records
- Made daily deposits of cash deposits
- Answered inquiries about club services from members, parents and visitors
- Triaged incoming calls
- Managed pager system and performed other light clerical duties as assigned

**ASSISTANT CAMPAIGN ORGANIZER**
JOE LIEBERMAN CAMPAIGN- STAMFORD, CT          SUMMER, 2006
- Canvassed and promoted campaign to community
- Triaged phone calls to appropriate areas
- Provided support to organize neighborhood youth in different teams
- Performed as field team communicator and report receiver

REFERENCES AVAILABLE UPON REQUEST