# EXHIBITS C1 – C5

# MISSING PERSON REPORT

INCIDENT NO. 0802120-099    INVESTIGATOR Duguay    PHOTO YES ✓ NO ___

DATE AND TIME OF REPORT 2-12-08 1800 HRS   DATE AND TIME LAST SEEN 2-12-08 1600 HRS

NAME OF MISSING Sheena Dume    AGE 15   DOB 10-16-92   RACE Blk.

ADDRESS 42 Sherman St. Stamford, Ct.   HOME # 8985577   WORK # N/A

HEIGHT 5'05" Apr 2.   WEIGHT 118   EYE COLOR Brn   HAIR COLOR Blk (light skin)   GLASSES/CONTACTS No
(Braids)

SCARS, MARKS No   SOCIAL SECURITY NO. N/A

DRIVERS LICENSE NO. ( ) —    LICENSE NO. ( ) —

VEHICLE YEAR ___ MAKE ___   SCHOOL Stamford High   GRADE 10th

EMPLOYMENT ___   MARITAL STATUS ___

## DESCRIPTION OF CLOTHING

OVERCOAT Long Black   SHIRT ___   TROUSERS Blue Jeans   SWEATER ___

SHOES Red/Grey Sneakers   HAT ___   JACKET Light Brn (short)   BLOUSE ___

DRESS ___   SOCKS ___   TIE ___   OTHER ___

IDENTIFIABLE JEWELRY Blk/Silver Necklace + Earrings   MONEY ?

MENTAl CONDITION OK   MENTAL DISORDERS ___

PHYSICAL CONDITION OK   PHYSICAL DISORDERS ___

PROBABLE CAUSE OF ABSENCE Skip School   PROBABLE DESTINATION Not Sure

MAY BE IN THE COMPANY OF ___   ADDRESS ___

AGE ___ SEX ___ RELATIONSHIP TO MISSING ___   PHONE NO. ___

LAST SEEN BY Gabriel Dume 1640 Sister   ADDRESS 42 Sherman St.

PHONE NO. 274-5990   TIME 1600 hrs   DATE 2/12/08   CONDITION Angry

FATHER'S NAME Jean Dume   ADDRESS 42 Sherman St H# 8985577 W# ___

MOTHER'S NAME Marie Dume   ADDRESS 42 Sherman St H# 2745990 W# ___

REPORTED MISSING BY Jean Dume (Father)   ADDRESS 42 Sherman St.

PHONE NO. 274-5990   WORK NO. 898-5577   RELATIONSHIP Father

TTY/NIC# M407211408   CR.MSG.# 8044209   OCA 00327   DT.SENT 2-12-08

DATE LOCATED ___   PLACE LOCATED ___   CONDITION ___

TTY CANCELLATION-CT.MSG.NO. ___   OCA ___   DT.CANC. ___

DATE CASE CLOSED ___   REFER TO ___

COMMENTS ___

## MISSING PERSON REPORT

TM

INCIDENT NO. 0805110008 INVESTIGATOR Stemplen/Strausel   PHOTO YES ___ NO ___

DATE AND TIME OF REPORT 05/11/08   DATE AND TIME LAST SEEN 05/11/08 1100 hrs

NAME OF MISSING Sheena Dume   AGE 15   DOB 10/16/92   RACE black

ADDRESS 42 Sherman St. Apt 4   HOME # 274-5990   WORK# ___

HEIGHT 5'0"   WEIGHT 100   EYE COLOR bro   HAIR COLOR bro   GLASSES/CONTACTS ___

SCARS, MARKS N/A   SOCIAL SECURITY NO. ___

DRIVERS LICENSE NO. ( ) ___   LICENSE NO. ( ) ___

VEHICLE YEAR ___   MAKE ___   SCHOOL Stamford High   GRADE 10th

EMPLOYMENT N/A   MARITAL STATUS Single

### DESCRIPTION OF CLOTHING

OVERCOAT N/A   SHIRT N/A   TROUSERS blue jeans   SWEATER N/A

SHOES N/A   HAT N/A   JACKET N/A   BLOUSE N/A

DRESS N/A   SOCKS N/A   TIE N/A   OTHER braided hair

IDENTIFIABLE JEWELRY N/A   MONEY unknown

MENTAL CONDITION Good   MENTAL DISORDERS NONE

PHYSICAL CONDITION Good   PHYSICAL DISORDERS NONE

PROBABLE CAUSE OF ABSENCE runaway   PROBABLE DESTINATION ___

MAY BE IN THE COMPANY OF ___   ADDRESS ___

AGE ___ SEX ___ RELATIONSHIP TO MISSING ___   PHONE NO. ___

LAST SEEN BY Mary Dume   ADDRESS 42 Sherman

PHONE NO. 898 5577   TIME 1100 Am   DATE 05/11/08   CONDITION good

FATHER'S NAME Jean Dume   ADDRESS 42 Sherman   H# ___   W# ___

MOTHER'S NAME Mary Dume   ADDRESS SAME   H# ___   W# ___

REPORTED MISSING BY parents   ADDRESS 42 Sherman

PHONE NO. 274-5990   WORK NO. ___   RELATIONSHIP Parents

TTY/NIC# ___   CR.MSG.# ___   OCA ___   DT.SENT ___

DATE LOCATED 05/11/08   PLACE LOCATED Stamford Motor Lodge   CONDITION Good

TTY CANCELLATION-CT.MSG.NO. ___   OCA ___   DT.CANC. ___

DATE CASE CLOSED ___   REFER TO ___

COMMENTS Dume found prior to NCIC entry.

# MISSING PERSON REPORT    Thy

INCIDENT NO. 080602019  INVESTIGATOR Coughlin        PHOTO YES ___ NO ✓
DATE AND TIME OF REPORT 0215 6-2-08  DATE AND TIME LAST SEEN 6-2-08 0114 HRS
NAME OF MISSING Sheena Dume   AGE 15  DOB 10-16-92  RACE Blk
ADDRESS 42 Sherman St 2nd floor   HOME # 274-5990  WORK# _____
HEIGHT 5'4  WEIGHT 100  EYE COLOR Br  HAIR COLOR Blk  GLASSES/CONTACTS ___
SCARS, MARKS ___   SOCIAL SECURITY NO. ___
DRIVERS LICENSE NO.( ) ___   LICENSE NO.( ) ___
VEHICLE YEAR ___ MAKE ___   SCHOOL Stamford High  GRADE 10
EMPLOYMENT ___   MARITAL STATUS ___

## DESCRIPTION OF CLOTHING

OVERCOAT ___  SHIRT WHT   TROUSERS Blu   SWEATER ___
SHOES Blk   HAT ___   JACKET ___   BLOUSE ___
DRESS ___  SOCKS ___   TIE ___   OTHER ___
IDENTIFIABLE JEWELRY ___   MONEY ___
MENTAL CONDITION u/k   MENTAL DISORDERS u/k
PHYSICAL CONDITION u/k   PHYSICAL DISORDERS N/0
PROBABLE CAUSE OF ABSENCE ___   PROBABLE DESTINATION u/k
MAY BE IN THE COMPANY OF N/A   ADDRESS ___
AGE ___ SEX ___ RELATIONSHIP TO MISSING ___   PHONE NO. ___
LAST SEEN BY Marie Dume   ADDRESS ___
PHONE NO. ___  TIME ___  DATE ___  CONDITION ___
FATHER'S NAME ___  ADDRESS ___  H# ___  W# ___
MOTHER'S NAME Marie Dume  ADDRESS 42 Sherman  H# 274-5990  W# ___
REPORTED MISSING BY Marie Dume  ADDRESS 42 Sherman st 2nd flr
PHONE NO. 274-5990   WORK NO. ___   RELATIONSHIP mother
TTY/NIC# ___   CR.MSG.# ___   OCA ___   DT.SENT ___
DATE LOCATED ___   PLACE LOCATED ___   CONDITION ___
TTY CANCELLATION-CT.MSG.NO. ___   OCA ___   DT.CANC. ___
DATE CASE CLOSED ___   REFER TO ___
COMMENTS ___

## MISSING PERSON REPORT

INCIDENT NO. 080910000 INVESTIGATOR Kilcoyne         PHOTO YES ___ NO X
DATE AND TIME OF REPORT 9/10/08 01:00 DATE AND TIME LAST SEEN _____
NAME OF MISSING Sheena Dyme       AGE 15  DOB 10/16/92  RACE BlK
ADDRESS 42 Sherman ST. 2nd Fl #4  HOME # 274-5990  WORK# _____
HEIGHT 5'5" WEIGHT 120 EYE COLOR Bro HAIR COLOR BlK  GLASSES/CONTACTS NO
SCARS, MARKS mole behind right ear SOCIAL SECURITY NO. Unknown
DRIVERS LICENSE NO. ( ) N/A         LICENSE NO. ( ) _____
VEHICLE YEAR ___ MAKE ___  SCHOOL Stamford High   GRADE 11
EMPLOYMENT N/A             MARITAL STATUS N/A

### DESCRIPTION OF CLOTHING    Unknown

OVERCOAT _____  SHIRT _____   TROUSERS _____  SWEATER _____
SHOES _____    HAT _____      JACKET _____    BLOUSE _____
DRESS _____    SOCKS _____    TIE _____       OTHER _____
IDENTIFIABLE JEWELRY _____                       MONEY _____
MENTAL CONDITION Good          MENTAL DISORDERS NO
PHYSICAL CONDITION Good        PHYSICAL DISORDERS NO
PROBABLE CAUSE OF ABSENCE Prostitution PROBABLE DESTINATION Unknown
MAY BE IN THE COMPANY OF Timothy Armstrong ADDRESS Possibly Bridgeport
AGE 19 SEX M RELATIONSHIP TO MISSING Pimp    PHONE NO. Unknown Address in New York
LAST SEEN BY Eddie Purochel (uncle) ADDRESS ~~~~~~~~
PHONE NO. 274-5990 TIME 07:00 DATE 9/9/08 CONDITION Good
FATHER'S NAME Jean Dyme ADDRESS 42 Sherman H# 898-577 cell W# _____
MOTHER'S NAME Marie Dyme ADDRESS 42 Sherman ST H# 274-5990 W# _____
REPORTED MISSING BY _____        ADDRESS _____
PHONE NO. _____   WORK NO. _____   RELATIONSHIP Mother
TTY/NIC# M 647374184 CR.MSG.# 816 0345 / OCA _____ DT.SENT _____
DATE LOCATED 10-6-08 PLACE LOCATED North Carolina CONDITION Good
TTY CANCELLATION-CT.MSG.NO. Cancelled in NC OCA See Print out DT.CANC. 10-6-08
DATE CASE CLOSED _____ REFER TO _____
COMMENTS already in collect

# STAMFORD POLICE DEPARTMENT
## MISSING PERSON REPORT

INCIDENT # 081011-0047   REPORT TAKER Clark   PHOTO YES ___ NO X

DATE & TIME OF REPORT 10-11-08 1015 hrs   DATE & TIME LAST SEEN 10-10-08 1600 hrs

NAME OF MISSING Dume, Sheena (last, first, middle)   AGE 15   DOB 10-16-93   RACE Blk   MALE ☐ FEMALE ☒

ADDRESS 42 Sherman St #4   HOME # (203) 274-5990   WORK # ( )

HEIGHT 5'5   WEIGHT 115   EYE COLOR BRN   HAIR COLOR Blk   GLASSES/CONTACTS —

SCARS, MARKS, TATTOOS (oversize) Birthmark on leg   SOCIAL SECURITY # N/A

DRIVERS LICENSE # ( ) N/A   VEHICLE PLATE # ( ) N/A

VEHICLE YEAR ___   MAKE ___   SCHOOL ___   GRADE ___

EMPLOYMENT ___   MARITAL STATUS Single

### DESCRIPTION OF CLOTHING

OVERCOAT ___   SHIRT ___   TROUSERS ___   SWEATER ___

SHOES ___   HAT ___   JACKET ___   BLOUSE ___

DRESS ___   SOCKS ___   TIE ___   OTHER ___

IDENTIFIABLE JEWELRY ___   MONEY ___

DENTAL CONDITION No   MENTAL DISORDERS No

PHYSICAL CONDITION No   PHYSICAL DISORDERS No

PROBABLE CAUSE OF ABSENCE Dosen't want to be home   DESTINATION Unknown

MAY BE IN THE COMPANY OF: Timothy Armstrong   ADDRESS North Carolina (Fayattville)

AGE 19/20   SEX M   RELATIONSHIP TO MISSING Friend   PHONE # ( )

LAST SEEN BY Dume, Marie   ADDRESS 42 Sherman St #4

PHONE # (203) 274-5990   TIME 1600   DATE 10-10-08   CONDITION good

FATHER ___   ADDRESS ___   H# ___   W# ___

MOTHER Dume, Marie   ADDRESS 42 Sherman St #4   H# 203 274-5990   W# ___

REPORTED MISSING BY Dume, Marie   ADDRESS 42 Sherman St #4

SIGNATURE X (signed)   RELATIONSHIP Mother

PHONE # (203) 274-5990   WORK # ( )

TTY/NIC # M237660756   CT. MSG. # 8299889   OCA 2334   DATE SENT 10-11-08

DATE LOCATED 10-11-08   PLACE LOCATED 25 Bedford St   CONDITION good

BY CANCELLATION-CT.MSG.# 8299914   OCA 2335   DATE CANC. 10-11-08

DATE CASE CLOSED ___   REFER TO ___

COMMENTS: Last time Marie was found in North Carolina (10-6-08)

Revised 4/11/05

# EXHIBITS D1 – D2

# Greenwich Police Department
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

## CASE/INCIDENT REPORT

SUPPLEMENTARY

Report #: 1100039150 - 00057326

| CFS NO. | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1100039150 | 4 | 08/31/2011 Thru 08/31/2011 | 04:01 | 08/31/2011 | 05:10 | MISSING PERSON | 370 | Patrol Officer Mulhern, Ernest P. | 3241 |

| DIVISION | DIVISION NO. | REFERENCE DIVISION | REFERENCE DIVISION NO. | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | M46 | MULHERN | 08/31/2011 | 05:10 |

| STREET NO. | STREET NAME AND TYPE | APARTMENT NO / LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00078 | Oak Ridge St Greenwich |  |  |  | 057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | DUME, MARIE H | F | B | 02/23/1960 | Cel (203) 769 - 1638 | 00078 OAK RIDGE St GREENWICH CT | CT 148020190 |
| M | DUME, SHEENA J | F | B | 10/16/1992 | Hom (203) 769 - 1638 | 78 Oak Ridge St Greenwich CT |  |
|  |  |  |  |  | Cel (203) 587 - 0147 |  |  |
| H | Sharney | F | B |  | Cel (203) 424 - 6995 |  | CT |
| H | Ron | M | U |  | Cel (203) 556 - 2299 |  |  |

Detailed to #78 Oak Ridge Street on the report of a missing female.

Upon arrival, I met with Marie Dume. Dume appeared very upset and worried. She related that her 18 year old daughter, Sheena, had left the residence at 10 p.m. the previous evening and had not returned. That Sheena will usually answer the phone when called. That she is not answering the phone this morning, nor returning calls.

Marie Dume further related that she is very concerned due to having a conversation with a male subject on the telephone. That the male subject called the residence last night looking to speak to Sheena. That when asked who was calling, the male subject became agitated and demanded to speak to Sheena. That the conversation became very hostile and the subject told her that he would kill her after he killed her daughter. That the number called from was (203) 556-2299. A voicemail was left requesting the owner contact this department.

I called Sheena's T-Mobile cell phone (203) 587-0147 and left a voicemail message. The phone rang several times, an indication that it was powered on.

Marie Dume related that she spoke to Sheena's friend Sharney. That she hoped Sharney may know Sheena's situation. Sharney advised her that the male caller may be named 'Ron'.

| OFFICER SIGNATURE | SUPERVISOR SIGNATURE | SUBSCRIBED & SWORN BEFORE ME: NOTARY |
|---|---|---|
| Mulhern, Ernest P. |  | THIS_____ DAY OF _____ YR._____ |

**Greenwich Police Department**
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

Report #: 1100039150 - 00057326

A voicemail message was left with Sharney to contact this department.

Marie Dume described her daughter as approximately 5 feet 5 inches with light brown skin, shoulder length black hair, and brown eyes. That she does not know what she was last wearing.

Dispatcher Cavalleiro entered Sheena Dume into NCIC as a File 06 Missing Person. COLLECT message #1253255 at 0518 hours. Dispatcher Cavalleiro faxed an Exigent Circumstance Request Form to T-Mobile at 0445 hours. T-Mobile responded and advised that Sheena's cell phone was located in the vicinity of Christy Hill Road and Glenville Road in Stamford, however, they could not give an exact address/location.

A flyer will be developed and disseminated to this department as well as surrounding agencies. A note to patrol will be sent.

| OFFICER SIGNATURE | SUPERVISOR SIGNATURE | SUBSCRIBED & SWORN BEFORE ME: NOTARY_____ |
|---|---|---|
| Mulhern, Ernest P. | | THIS_____DAY OF_____YR_____ |



Run Time: 19:22

**Greenwich Police Department**
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 1 of 2

SUPPLEMENTARY  [X]

## CASE/INCIDENT REPORT

| CFS NO. | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1100039150 | 4 | 08/31/2011 Thru 08/31/2011 | 04:01 | 08/31/2011 | 14:07 | MISSING PERSON | 370 | Detective Manning, James T. | 100691 |

| DIVISION | DIVISION NO. | REFERENCE DIVISION | REFERENCE DIVISION NO. | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | M46 | MANNING | 08/31/2011 | 14:07 |

| STREET NO. | STREET NAME AND TYPE | APARTMENT NO / LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00078 | Oak Ridge St Greenwich |  |  | Violations/Police Ac | 057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | T-Mobile Law Enforcement Relations |  |  | 222 | (973) 292 - 8911 | 4 Sylvan Way Parsippany NJ |  |

August 31, 2011

The undersigned made several attempts to contact Sheena Dume on her cell phone and met with negative results as the mailbox was full on her phone.

The undersigned contacted her family members who could provide no further information.

The undersigned contacted T-Mobile Law Enforcement relations regarding the location of Sheena Dume cellphone. The undersigned completed an Exigent Circumstances Request form and returned it to T-Mobile via fax. T-Mobile later advised that Dume's last cellular phone activity was at 0715hrs in Stamford, CT, in the area of Cortland Ave and Hamilton Ave. T-Mobile forms and inquiry returns are attached.

The undersigned was contacted at 1100hrs by Sheena Dume via her cellualar phone and she related that she is in Stamford, CT babysitting. The undersigned heard several children in the background.

Sheena related that her mother overreacted and probably doesn't know that she would be babysitting today.

Sheena related that no one in the past several days has made any threats to her nor does she believe that she is or was in any eminant danger.

The undersigned contacted Marie Dume, Sheena's mother, who was advised that her daughter is okay and well and working as a babysitter in Stamford. Marie was satisfied with the outcome.

| OFFICER SIGNATURE | SUPERVISOR SIGNATURE | SUBSCRIBED &SWORN BEFORE ME: NOTARY_____ |
|---|---|---|
| Manning, James T. |  | THIS_____DAY OF_____YR._____ |

**Greenwich Police Department**
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

SUPPLEMENTARY  [X]

## CASE/INCIDENT REPORT

Missing Person Cancel entry made into NCIC at 1419hrs by C/O Wilson.  Message #1253933.  Printout attached.

| OFFICER SIGNATURE | SUPERVISOR SIGNATURE | SUBSCRIBED &SWORN BEFORE ME: NOTARY_____ |
|---|---|---|
| Manning, James T. | | THIS_____DAY OF_____YR._____ |